RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 05 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Asa S. Lewis Sr.
(Print your full name)

Plaintiff *pro se*,

v.

Home Depot, Carl Billings, Kevin
Hesper, Yolanda Hesper, Rob Carpenter,
April Reed, Mike Vera, Melaka (last name unknown)
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1 14-CV-3871

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓ Other (describe) _Retaliation / Harrassment_

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Asa S. Lewis Sr

   Address   1581 Gallup Dr

             Stockbridge GA. 30281

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Home Depot, April Reed, Carl billings, Kevin Harper, Yolanda Harper, Mike Vera, Malaka (last name unknown)

   Address   2500 Highway 155 S.

             Locust Grove GA. 30248

   Name      _____

   Address   _____

             _____

   Name      _____

   Address   _____

             _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____

   _____

6. When did the alleged discrimination occur? (State date or time period)

   2-1-14 — 5-14

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✔ Yes    ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✔ Yes    ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 9-11-14

9. If you are suing for **age discrimination**, check one of the following:

   ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_ Yes        \_\_\_\_ No        ✓ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_ Yes        \_\_\_\_ No        ✓ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___  failure to hire me
    ___  failure to promote me
    ___  demotion
    ___  reduction in my wages
    ✓   working under terms and conditions of employment that differed from similarly situated employees
    ✓   harassment
    ✓   retaliation
    ___  termination of my employment
    ✓   failure to accommodate my disability
    ___  other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ___  my race or color, which is _____
    ___  my religion, which is _____
    ✓   my sex (gender), which is ___ male   ___ female
    ___  my national origin, which is _____
    ___  my age (my date of birth is _____)
    ✓   my disability or perceived disability, which is:

    _Sickle Cell Anemia_

    ✓   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ___  other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Between 2-14 & 5-14 I experienced Sexual Harrassment, Harrassment & retaliation. The Sexual Harrassment was from April Reed who would regularly demand that I meet her in the Home Depot bathroom to have intercourse with her. April Reed would also Harass me & retaliate against me after I denied/refused her sexual advances by following me to the rest room & reporting to Carl billings & Mike Vera that I was not working when I was. Carl Billings, Mike Vera, Malaka (Last name unknown) and Kevin Harper began Harassing me and retaliating against me once I made them aware of April Reed's sexual advances by denying me appropriate accommodations for my illness (Sickle Cell Anemia) and making my work days stressful day by day. Malaka (Last name unknown), Yolanda Harper & Rob cw porter Allowed the behavior to continue & did absolutely nothing about the situation. After making Malaka, Yolanda & Rob aware of the Sexual Harassment, retaliation & Harassment I was told to suck it up & move on.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.  Plaintiff  ___ still works for defendant(s)
              _✓_ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   _✓_ Yes   ___ No

     If you checked "Yes," please explain: Refuse to Accommodate Claimant by denying Appropriate Work or work Station or Work Related equipment to perform requided Responcibilities while having Sickly Cell Related pain & Claimant being medicated ; being Forced to take an occurancy by being Forced to leave work

17.  If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   _✓_ Yes   ___ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_✓_  Defendant(s) be directed to _to Fire All parties Named in Law suit_

_✓_  Money damages (list amounts) _1,488,960.00_

_✓_  Costs and fees involved in litigating this case

_✓_  Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __5__ day of __December__, 20__14__

_____
(Signature of plaintiff *pro se*)

__Asa S. Lewis Sr__
(Printed name of plaintiff *pro se*)

__1581 Gillup Dr.__
(street address)

__Stockbridge GA. 30281__
(City, State, and zip code)

__asalewis26@yahoo.com__
(email address)

__404-917-4234, 404.200-8123__
(telephone number)

Page 9 of 9

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2014-03839 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Asa S. Lewis | (404) 200-8123 | 06-29-1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1581 Gallup Dr, | Stockbridge, GA 30281 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HOME DEPOT | 500 or More | (770) 288-1000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2500 Hywy 155 S., | Locust Grove, GA 30248 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-01-2014    Latest: 05-27-2014

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the above named employer on January 6, 2014, and work as a Shuttle/Put Away. I am a person with a disability. On or around February 1, 2014, April Reed began sexually harassing me. I told her to stop, and in March 2014, I complained to my Supervisor, Carl Billings. In April 2014, I complained to Yolanda (last name unknown), Human resources. Since I complained, I needed an accommodation for my disability, which was denied, other individuals have began harassing me, and the sexual harassment has continued.

II. No reason was given for the sexual harassment, denial of my request for a reasonable accommodation, or for the harassment.

III. I believe I have been discriminated against because of my sex (male) and in retaliation for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my disability, and in retaliation for opposing unlawful employment practices, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 27, 2014
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED MAY 27 2014
EEOC-ATDO

EEOC Form 161 (11/09)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Asa S. Lewis, Sr.<br>1581 Gallup Dr<br>Stockbridge, GA 30281 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-03839 | Terry Tollefson,<br>Investigator | (404) 562-6970 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

SEP 1 1 2014
*(Date Mailed)*

Enclosures(s)

cc: **Kim Dawsonia Ashford
Manager EEO Compliance
HOME DEPOT
2455 Paces Ferry Road, C-18
Atlanta, GA 30339**